# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

MARIA PETER, MICHAEL PETER,
JULIKA BERGER and JAROLIN
BERGER,

        Plaintiffs,

v.                                          Case No:   5:22-cv-36-GAP-PRL

SUSAN DIANE WOJCICKI,
WILLIAM HENRY GATES,
STEPHANE BANCEL and
ALBERT BOURLA

        Defendants.

## ORDER

This cause comes before the Court on Plaintiffs' Complaint (Doc. 1) filed January 24, 2022, and the application to proceed *in forma pauperis* (Doc. 2) filed January 24, 2022.

On February 7, 2022, the United States Magistrate Judge issued a report (Doc. 5) recommending that the application be denied and the Complaint be dismissed. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The application to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 23, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party